# TROY LAW, PLLC

ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324   troylaw@troypllc.com   Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 119, Flushing, NY 11355

June 11, 2018

**Via ECF**
Hon. Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
District of New Jersey
402 State Street
Trenton, NJ 08608

      Re:    Request for Conference
                3:16-cv-02443-MAS-TJB *WANG et al v. SAKER SHOPRITES, INC. et al*

Dear Hon. Bongiovanni:

      This office represents the plaintiff in the above-captioned matter. We write respectfully to request that a conference be held to schedule discovery in this matter.

      On August 16, 2017, Your Honor ordered that discovery be stayed until the resolution of Plaintiffs' Motion for Conditional Certification of a Collective Action in 3:15-cv-02950-MAS-DEA *WANG et al v. CHAPEI LLC et al* ("Chapei"), after which a conference would be held to determine whether discovery in this matter should commence. Plaintiffs' Motion for Conditional Collective Certification in *Chapei* was decided on August 18, 2017 [66], but no conference was held in this matter. Defendants' Motion for Summary Judgment in *Chapei* [69], filed on October 20, 2017, was recently denied [76], on May 24, 2018.

      We therefore request that a conference be held to schedule discovery in this matter, on either 1) June 14, 2018 after 1:00 pm; 2) June 15, 2018 after 1:00 pm; 3) June 20, 2018 before 12:00 pm; or 4) some other time that is convenient to the Court.

      We offer our sincerest apologies for not affirmatively requesting a conference earlier.

      We thank the Court for its attention to and consideration of this matter.

                                    Respectfully submitted,
                                    TROY LAW, PLLC

                                    /s/ Aaron Schweitzer
                                    Aaron Schweitzer
                                    *Attorney for Plaintiffs*

cc: via ECF
    all counsel of record